STATEMENT OF JON KRONILLIS PURSUANT TO 28 U.S.C. 1746

My name is Jon Kronillis. Except as is specifically stated below, or may be obvious from the context, I have personal knowledge of the matters set forth below.

1.      My professional qualifications for determining ADA compliance matters are set out in the resume attached to this statement and identified as Exhibit 1.

2.      Prior to the present lawsuit being filed, I conducted a preliminary inspection of the lighting store located at 5407 SW 8th Street, Miami, Florida for the purpose of determining whether or not the property was in compliance with the requirements of the ADA.

3.      My preliminary report dated September 25, 2015, demonstrated that the property did not comply with the ADA, and stated what was deficient to bring the property into compliance. A copy of my report is appended to this statement as Exhibit 2.

4.      Given the nature of the remedial measures that are required to bring the property into compliance, it is my opinion that six to nine months time should be sufficient to complete the work. That time period does not allow for Acts of God, potential delays in the permitting process, and the like.

Pursuant to 28 U.S.C. 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

_5-2-16_
Date

Jon Kronillis

# Exhibit "1"

JONASSON INC.
ADA REMEDIAL CONSTRUCTION SPECIALISTS
Jon Kronillis
934 N. University Drive #333
Coral Springs, Fl. 33071
Jonassoninc.com
jkronillis@bellsouth.net

SUMMARY OF EXPERIENCE:

Mr. Kronillis is an independent contractor whose company has been retained by various attorneys and organizations in over 350 cases regarding compliance with the Americans with Disabilities Act (ADA).

ADA WORK:

Mr. Kronillis has over 40 years of experience in construction. During this time he has built and/or assisted various publicly owned and commercial facilities comply with the Americans with Disabilities Act of 1990 and continued accessibility codes.

Mr. Kronillis works with engineers and contractors to ensure current ADA compliance regulations are used in their projects. He also generates compliance reports correlating the findings with applicable regulations and providing cost quotes for the proposed remediation. The reports with associated digital pictures document the non-compliant components. Mr. Kronillis has been directly involved as an expert consultant and/or remedial contractor in over 350 ADA cases including proactive clients making existing facilities ADA compliant and lawsuits involving both Plaintiffs and Defendants.

He is certified as a Building Safety Professional, a member of the National Association of Accessibility Consultants and a member of the International Code Council. Mr. Kronillis will serve as an expert witness and if called to testify before the court Mr. Kronillis' testimony would be consistent with the scoping requirements, regulatory and statuary requisites of the 2010 ADA Standards and the 2012 Florida Building Code.

As the independent consultant and the attorneys' expert on accessibility, Mr. Kronillis has assisted in the negotiation of specific ADA related access issues facilitating settlements for both private clients and through civil actions totaling well over 200 ADA cases to date.

Mr. Kronillis has considerable expertise in creating access at retail establishments, restaurants, hotels, office buildings and medical professional buildings throughout the state of Florida. The company does a comprehensive interior and exterior evaluation followed by a full written report. His significant knowledge of construction qualifies him as a project manager/consultant in both pre and post-construction inspections.

ATTORNEY REFERRALS:

Working with attorneys in ADA related litigations, Mr. Kronillis continues to be retained by numerous law firms with which he is in contact.  Among these are:

> Tonja Haddad Coleman, Esq.
> Tonja Haddad, P.A.
> Advocate Building
> 315 SE 7th Street
> Fort Lauderdale, FL 33301

> Gregory F. Tayon, Esq.
> General Legal Counsel
> 2955 E 11th Avenue
> Hialeah, FL 33013

> Ron Stern, Esq.
> 1250 East Hallandale Beach Blvd
> Suite 503
> Hallandale Beach, FL  33009

> Mark J. Beutler
> 450 East Las Olas Boulevard Suite 800
> Ft. Lauderdale, FL 33301

BACKGROUND/EDUCATION:

1973-1974
ITT Technical Institute

1987-1995
State of Florida General Contractor

1996-2004
National Senior Implementation Manager- Telecommunications fiber optic switch facilities and customer premise construction.

2005-Present
President, Jonasson Inc. Consultants and Project Management
Specializing in Critical Systems, Safety, OSHA Regulations and ADA Compliance

ADA TRAINING

In addition to his ADA compliance and construction experience Mr. Kronillis has also attended and participated in the following Continuing Education Seminars by the ADA National Network:

1.  Federal Facilities & the Architectural Barriers Act Accessibility Standard (ABA) – "A Refresher"(August 2015)

2.  Impact of the 2010 ADA Standards on the Design and Lodging Facilities Part 1 and 2 (March 2015)

3.  Accessible Retail Stores and Spaces - "Advanced Session" (November 2014)

4.  Accessible Routes on Site (February 2014)

5.  Accessible Restaurants and Cafeterias (May 2013)

6.  Accessible Retail Stores and Spaces (April 2013)

6.  Accessible Doors and Maneuvering Clearances (June 2012)

7.  Accessible Residential Facilities (May 2012)

8.  DOJ's 2010 ADA Accessibility Standards (April 2012)

Exhibit "2"

*Jonasson* Inc.
**Consultants and Project Management**
**Specializing in Critical Systems, Safety, OSHA Regulations and ADA Compliance**



# ADA Inspection Report

9/25/2015

Prepared for:
The Advocacy Law Firm, P.A.
Ronald E. Stern, Esq.
1250 East Hallandale Beach Boulevard, Suite 503

Per your request we had the opportunity to inspect the premises of Pego Lamps, 5407 SW 8th Street, Miami, FL 33134 on 9/19/2015.

The following are the areas of noncompliance with the Americans with Disabilities Act of 1990, 2010 Standards: Titles II and III, and Florida Accessibility Code. The areas surveyed consisted of the parking area, accessible routes, and entrances. These were the main areas of concern. There are other areas which are not included in this report which may require additional corrections of infractions.

## PARKING AREA

1. The existing parking facility for the business does not provide a compliant disabled parking space. 2010 ADA Standards 208.2, 502.1
2. Disabled parking space striping is incorrect as per 2010 ADA Standards 501.1
3. The existing disabled parking space exceeds 2% rise and slope in all directions in violation of 2010 ADA Standards 502.4.
4. The parking facility does not have a compliant access aisle to allow a disabled passenger to enter or exit vehicle safely. 2010 ADA Standards 502.3
5. There is currently no existing accessible route to help persons with disabilities safely maneuver through the parking facility as required in 2010 ADA Standards 502.3
6. There is no compliant curb ramp necessary to gain access to the sidewalk leading to the business front entrance. 2010 ADA Standards 2010 ADA Standards 303.1, 403.2
7. The existing curb ramp exceeds the maximum running slope allowed. 2010 ADA Standards 405.2
8. The existing asphalt curb ramp protrudes into the vehicular pathway in violation of 2010 ADA Standards 502.3.4

## ACCESSIBLE ELEMENTS

1. The facility does not provide compliant directional and informational signage to an accessible entrance. 2010 ADA Standards 216.6
2. There is no signage addressing people with disabilities telling them that accessible services are provided. 2010 ADA Standards 216.3, 703.5

# *Jonasson* Inc.

**Consultants and Project Management**
**Specializing in Critical Systems, Safety, OSHA Regulations and ADA Compliance**

---

## Disclaimer

Jonasson Inc. is an independent consulting/project management firm specializing in advising businesses, contractors and engineers on employee and customer safety (OSHA) and compliance with the Americans with Disabilities Act. This is an impartial report based solely on the inspection of the facility. Affected parties shall hold harmless and insure Jonasson Inc. its employees and inspectors from any damages, claims, legal actions or causes of actions arising in connection with this report. This report should not be construed as legal advice. For counseling on specific legal matters please consult an attorney.

Respectfully submitted,

Jonasson Inc.                                                    By:        ____Jon Kronillis_____
934 N University Drive #333                                Date:      ___9/25/2015_____
Coral Springs, FL 33071
954-509-6094 office

*Member of the National Association of Accessibility Consultants (NAAC)*
*Member International Code Council*
*Building Safety Professional #8254217*