# INVOICE



**THE ADVOCACY LAW FIRM, P.A.**

1250 EAST HALLANDALE BEACH BOULEVARD · SUITE 503
HALLANDALE BEACH · FLORIDA · 33009
PHONE: 954.639.7016 · FAX: 954.639.7198 · E-MAIL: info@TheAdvocacyLawFirm.com
www.TheAdvocacyLawFirm.com

**To**

**Date** 5/2/2016
**Invoice #** 228

**Re** Barberi v. Pego International Corp.
**Period** 8/28/2015 to 5/2/2016

*Fees:* $5,907.00
*Expenses:* $3,621.50

**Amount due:** $9,528.50

# DETAILS

| Date | Hours | Amount | Category | Notes |
|---|---|---|---|---|
| Anticipated | | $500.00 | Expert Fees | Re-inspection Fee |
| 5/2/2016 | 1 | $375.00 | Ron Stern, Esq. | Meet with client |
| 5/2/2016 | 0.3 | $112.50 | Ron Stern, Esq. | Preparation of time affidavit |
| 5/2/2016 | 0.3 | $112.50 | Ron Stern, Esq. | Review of Time Records |
| 5/2/2016 | 0.3 | $112.50 | Ron Stern, Esq. | Prepare Expert Affidavit |
| 5/2/2016 | 2 | $750.00 | Ron Stern, Esq. | Prepare Mt for Entry of Default, exhibits and affidavit |
| 5/2/2016 | | $33.00 | Printing | EXPENSE: Printing |
| 5/2/2016 | | $6.87 | Postage | EXPENSE: Postage- Mail Mt for Default Judgment |
| 4/23/2016 | 1 | $375.00 | Ron Stern, Esq. | Meeting with client |
| 4/12/2016 | 0.2 | $75.00 | Ron Stern, Esq. | Review Order DE 22 |
| 4/12/2016 | 0.2 | $75.00 | Ron Stern, Esq. | Review Orders of Clerks Default |
| 4/12/2016 | | $0.25 | Printing | EXPENSE: Printing |
| 4/11/2016 | 0.5 | $55.00 | Tanya Harvey | File Mts for Clerks Default (3) |
| 4/11/2016 | | $6.00 | Printing | EXPENSE: Printing- Including copies for Ds |
| 4/11/2016 | | $5.46 | Postage | EXPENSE: Postage- Mail Mts for Clerks Default |
| 4/8/2016 | 0.1 | $37.50 | Ron Stern, Esq. | Review Order DE 15 |
| 4/8/2016 | | $0.25 | Printing | EXPENSE: Printing |
| 3/22/2016 | 1.4 | $525.00 | Ron Stern, Esq. | Prepare and File Mt to Vacate |
| 3/22/2016 | 0.5 | $187.50 | Ron Stern, Esq. | Prepare Motions for Default (3) |
| 3/22/2016 | | $19.00 | Printing | EXPENSE: Printing- including copies for Ds |
| 3/22/2016 | | $5.46 | Postage | EXPENSE: Postage- Mail Mts to Vacate |
| 2/26/2016 | 0.2 | $75.00 | Ron Stern, Esq. | Review Dismissal DE 13 |
| 2/26/2016 | | $0.25 | Printing | EXPENSE: Printing |
| 1/11/2016 | 0.1 | $37.50 | Ron Stern, Esq. | Review Order DE 12 |
| 1/11/2016 | | $0.25 | Printing | EXPENSE: Printing |
| 1/8/2016 | 0.2 | $22.00 | Tanya Harvey | File Mt for Reconsideration |
| 1/8/2016 | | $5.46 | Postage | EXPENSE: Postage- Mail Mt for Reconsideration |
| 1/8/2016 | | $12.00 | Printing | EXPENSE: Printing- including copies for Ds |
| 1/7/2016 | 1.3 | $487.50 | Ron Stern, Esq. | Prepare Mt for Reconsideration |

| Date | Hours | Amount | Person | Description |
|---|---|---|---|---|
| 12/29/2015 | 0.2 | $75.00 | Ron Stern, Esq. | *Review Dismissal DE 10* |
| 12/29/2015 | | $0.25 | Printing | *EXPENSE: Printing* |
| 10/21/2015 | 0.3 | $112.50 | Ron Stern, Esq. | *Review ROS and calculation of response time* |
| 10/21/2015 | | $1.50 | Printing | *EXPENSE: Printing* |
| 10/19/2015 | | $0.25 | Printing | *EXPENSE: Printing* |
| 10/19/2015 | 0.2 | $75.00 | Ron Stern, Esq. | *Review Pretrial Order* |
| 10/16/2015 | 0.5 | $55.00 | Tanya Harvey | *File Complaint, Summonses, Cover Sheet* |
| 10/16/2015 | | $400.00 | Filing Fee | *EXPENSE: Filing Fee* |
| 10/16/2015 | | $120.00 | Service | *EXPENSE: Service (3 Defendants)* |
| 10/16/2015 | 0.2 | $75.00 | Ron Stern, Esq. | *Review Judge Assignment and Clerks Notice* |
| 10/16/2015 | | $3.50 | Printing | *EXPENSE: Printing* |
| 10/15/2015 | 0.2 | $75.00 | Ron Stern, Esq. | *Preparation of Cover Sheet* |
| 10/15/2015 | 0.7 | $262.50 | Ron Stern, Esq. | *Preparation of Summons (3)* |
| 10/15/2015 | 1.3 | $487.50 | Ron Stern, Esq. | *Preparation of draft complaint* |
| 10/5/2015 | 0.2 | $75.00 | Ron Stern, Esq. | *Review of ADA Address List* |
| 10/5/2015 | 0.3 | $112.50 | Ron Stern, Esq. | *Review of Sunbiz Records* |
| 10/5/2015 | 0.3 | $112.50 | Ron Stern, Esq. | *Review of County Tax Records* |
| 10/5/2015 | | $1.25 | Printing | *EXPENSE: Printing* |
| 9/30/2015 | 0.4 | $150.00 | Ron Stern, Esq. | *Discussion w client re initial inspection* |
| 9/30/2015 | 0.8 | $300.00 | Ron Stern, Esq. | *Review of Expert Report* |
| 9/30/2015 | | $0.50 | Printing | *EXPENSE: Printing* |
| | | $2,500.00 | Expert Fees | *EXPENSE: Expert Fees (Flat Fee)* |
| 8/28/2015 | 0.5 | $187.50 | Ron Stern, Esq. | *Communication with expert to request inspection* |
| 8/28/2015 | 0.9 | $337.50 | Ron Stern, Esq. | *Communication with Client re problems at properties* |

**Totals**      16.6 Hrs.      $9,528.50

**Compensable Attorney Time: 15.4 Hrs @ $375.00 =**   $5,775.00

**Compensable Paralegal Time: 1.2 Hrs @ $110.00 =**   $132.00

**Expert Fees:**   $2,500.00

**Anticipated Re-inspection Fee**   $500.00

**Filing Fees, Service:**   $520.00

**Copies and Postage:**   $101.50

**Total =**   $9,528.50

## VERIFICATION

Pursuant to 28 U.S.C Section 1746, I declare, certify, verify, and state, under penalty of perjury that I am familiar with the time records maintained in this case. I certify that I have fully reviewed the time and expense records and the records are accurate to the best of my knowledge. This motion is well grounded in fact and justified to the best of my knowledge and belief.

5/2/16
Date