UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-23873- Moore/McAiley

RENZO BARBERI,

    Plaintiff,

vs.

PEGO INTERNATIONAL CORP.,
a Florida Profit Corporation, d/b/a
PEGO LAMPS, and REINALDO PEREZ
and ZOILA PEREZ

    Defendants.
_____/

### AFFIDAVIT IN SUPPORT OF DEFAULT

Ronald Stern, hereby affirms under penalty of perjury as follows:

1.     I am the attorney for Plaintiff, Renzo Barberi, in the above captioned matter.

2.     The within action was commenced for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C., Section 1281 et seq. ("ADA") and 28 CFR, Part 36 (ADAAG).

3.     Plaintiff is a resident of Florida and this jurisdictional district, and is disabled as defined by the ADA, and is substantially limited in performing his daily activities, and uses a wheelchair for mobility purposes.

4.     The within action was instituted by the service of a Complaint on Defendants Reinaldo Perez and Zoila Perez on October 17, 2015 and on Defendant Pego International Corp. on October 19, 2015. Although the time to respond expired, as of this date no Answer has been interposed on behalf of Defendants.

5.     Upon knowledge and belief, none of the defendants are individuals in the military service, nor are any of the defendants infants or incompetent.

6. Since completion of service, Plaintiff has not been contacted by either the Defendants, or an attorney on their behalf with regard to an appearance by any of the defendants. It is apparent that Defendants have no intention of voluntarily submitting to the jurisdiction of the Court.

WHEREFORE, Plaintiff requests that the Court enter a default Judgment in the within matter.

Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, RENZO BARBERI