**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **1:15-cv-23873- Moore/McAiley**

RENZO BARBERI,

       Plaintiff,

       vs.

PEGO INTERNATIONAL CORP.,
a Florida Profit Corporation, d/b/a
PEGO LAMPS, and REINALDO PEREZ
and ZOILA PEREZ

       Defendants.

_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS PEGO INTERNATIONAL CORP d/b/a PEGO LAMPS, REINALDO PEREZ AND ZOILA PEREZ

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Judgment and Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses (hereinafter, the "Motion") for ADA Discrimination/Architectural Barriers, initially filed in the Complaint filed on October 16, 2015 [DE 1].

THIS COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. A review of the record reveals that a copy of the Summons and Complaint was served on Defendant Pego International Corp. d/b/a Pego Lamps on October 19, 2015 and on Defendants Reinaldo Perez and Zoila Perez on October 17, 2015. Said Defendants has since failed to file any responsive pleading with the Court, and the Clerk entered Clerk's Defaults on April 12, 2016 [DE 19, 20 & 21].

Accordingly, it is hereby:

ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default Judgment and

Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses is

GRANTED;

ORDERED AND ADJUDGED that Final Default Judgment is hereby entered in favor of

Plaintiff and against Defendants Pego International Corp. d/b/a Pego Lamps, Reinaldo Perez and

Zoila Perez, FOR WHICH LET ENTER JUDGMENT;

ORDERED AND ADJUDGED that Plaintiff is entitled to reasonable attorney's fees and

costs pursuant to 42 U.S.C. §12205 and 12217, in the amount of $9,528.50;

ORDERED AND ADJUDGED that this Honorable Court hereby orders Defendants to

correct the following architectural barriers/violations of the Americans with Disabilities Act:

1. The existing parking facility for the business does not provide a compliant disabled parking space. 2010 ADA Standards 208.2, 502.1
2. Disabled parking space striping is incorrect as per 2010 ADA Standards 501.1
3. The existing disabled parking space exceeds 2% rise and slope in all directions in violation of 2010 ADA Standards 502.4.
4. The parking facility does not have a compliant access aisle to allow a disabled passenger to enter or exit vehicle safely. 2010 ADA Standards 502.3
5. There is currently no existing accessible route to help persons with disabilities safely maneuver through the parking facility as required in 2010 ADA Standards 502.3
6. There is no compliant curb ramp necessary to gain access to the sidewalk leading to the business front entrance.  2010 ADA Standards 2010 ADA Standards  303.1, 403.2
7. The existing curb ramp exceeds the maximum running slope allowed. 2010 ADA Standards 405.2
8. The existing asphalt curb ramp protrudes into the vehicular pathway in violation of 2010 ADA Standards 502.3.4
9. The facility does not provide compliant directional and informational signage to an accessible entrance. 2010 ADA Standards 216.6
10. There is no signage addressing people with disabilities telling them that accessible services are provided. 2010 ADA Standards 216.3, 703.5

DONE AND ORDERED in Chambers in _____ Florida this _____ day of

_____, 2016.

_____
HONORABLE JUDGE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

cc:     All parties of record