UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **1:15-cv-23873- Moore/McAiley**

RENZO BARBERI,

    Plaintiff,

    vs.

PEGO INTERNATIONAL CORP.,
a Florida Profit Corporation, d/b/a
PEGO LAMPS, and REINALDO PEREZ
and ZOILA PEREZ

    Defendants.
_____/

## PROPOSED FINAL JUDGMENT

THIS CAUSE HAVING come to be heard before this Honorable Court upon Plaintiff's Motion for Entry of Default Judgment and Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses (hereinafter, the "Motion") for the entry of an Order for Injunctive Relief, attorneys' fees, and costs, and the Court being duly advised in the premises herein, it is hereby:

ORDERED AND ADJUDGED that Final Judgment is hereby entered in favor of Plaintiff, Renzo Barberi, and against Defendants Pego International Corp. d/b/a Pego Lamps, Reinaldo Perez and Zoila Perez. Defendant has violated the ADA and this Honorable Court hereby orders the Defendants Pego International Corp. d/b/a Pego Lamps, Reinaldo Perez and Zoila Perez correct the following architectural barriers/violations of the Americans with Disabilities Act:

1. The existing parking facility for the business does not provide a compliant disabled parking space. 2010 ADA Standards 208.2, 502.1
2. Disabled parking space striping is incorrect as per 2010 ADA Standards 501.1
3. The existing disabled parking space exceeds 2% rise and slope in all directions in violation of 2010 ADA Standards 502.4.

4. The parking facility does not have a compliant access aisle to allow a disabled passenger to enter or exit vehicle safely. 2010 ADA Standards 502.3
5. There is currently no existing accessible route to help persons with disabilities safely maneuver through the parking facility as required in 2010 ADA Standards 502.3
6. There is no compliant curb ramp necessary to gain access to the sidewalk leading to the business front entrance.  2010 ADA Standards 2010 ADA Standards  303.1, 403.2
7. The existing curb ramp exceeds the maximum running slope allowed. 2010 ADA Standards 405.2
8. The existing asphalt curb ramp protrudes into the vehicular pathway in violation of 2010 ADA Standards 502.3.4
9. The facility does not provide compliant directional and informational signage to an accessible entrance. 2010 ADA Standards 216.6
10. There is no signage addressing people with disabilities telling them that accessible services are provided. 2010 ADA Standards 216.3, 703.5

It is further,

ORDERED AND ADJUDGED that Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 42 U.S.C. §12205 and 12217, in the amount of $9,528.50;

The Defendants shall comply with the terms of this Final Judgment within one hundred twenty (120) days of entry of this Judgment. The Court shall retain jurisdiction relating to enforcement of this Final Judgment.

DONE AND ORDERED in Chambers in _____ Florida this _____ day of _____, 2016.

_____
HONORABLE JUDGE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

cc:   All parties of record