# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE No. 1:15-cv-23873-KMM

RENZO BARBERI,

      Plaintiff,

v.

PEGO INTERNATIONAL CORP.,
a Florida Profit Corporation, d/b/a
PEGO LAMPS, and REINALDO PEREZ
and ZOILA PEREZ,

      Defendants.

_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Default Judgment and Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses (hereinafter, the "Motion") (ECF No. 23). Defendant failed to respond to the Motion and the time to do so has passed. The Motion is therefore ripe for review. UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, the Court GRANTS Plaintiff's Motion.

A review of the record reveals that a copy of the Summons and Complaint was served on Defendant Pego International Corp. d/b/a Pego Lamps on October 19, 2015 and on Defendants Reinaldo Perez and Zoila Perez on October 17, 2015. The Defendants have since failed to file any responsive pleading with the Court, and the Clerk of Court entered Clerk's Defaults on April 12, 2016. *See* (ECF Nos. 19, 20, 21).

Accordingly, it is hereby:

ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default Judgment and

Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses is GRANTED.

It is FURTHER ORDERED AND ADJUDGED that Final Default Judgment for violation of Title III of the American with Disabilities Act ("ADA") is hereby entered in favor of Plaintiff and against Defendants Pego International Corp. d/b/a Pego Lamps, Reinaldo Perez and Zoila Perez, FOR WHICH LET ENTER JUDGMENT.

It is FURTHER ORDERED AND ADJUDGED that Defendant shall correct the following architectural barriers/violations of the Americans with Disabilities Act:

1.   The existing parking facility for the business does not provide a compliant disabled parking space per 2010 ADA Standards 208.2, 502.1.

2.   The disabled parking space striping is incorrect per 2010 ADA Standards 501.1.

3.   The existing disabled parking space exceeds 2% rise and slope in all directions in violation of 2010 ADA Standards 502.4.

4.   The parking facility does not have a compliant access aisle to allow a disabled passenger to enter or exit vehicle safely per 2010 ADA Standards 502.3.

5.   There is currently no existing accessible route to help persons with disabilities safely maneuver through the parking facility as required in 2010 ADA Standards 502.3.

6.   There is no compliant curb ramp necessary to gain access to the sidewalk leading to the business front entrance per 2010 ADA Standards 303.1, 403.2.

7.   The existing curb ramp exceeds the maximum running slope allowed per 2010 ADA Standards 405.2.

8.   The existing asphalt curb ramp protrudes into the vehicular pathway in violation of 2010 ADA Standards 502.3.4.

9.   The facility does not provide compliant directional and informational signage to an accessible entrance. 2010 ADA Standards 216.6.

10.   There is no signage addressing people with disabilities telling them that accessible services are provided as required by 2010 ADA Standards 216.3, 703.5.

2

It is FURTHER ORDERED AND ADJUDGED that Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 42 U.S.C. §12205 in the amount of $9,528.50.

The Clerk of Court is instructed to CLOSE this case.  All pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of May, 2016.

_____
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:      All counsel of record