# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF:
SOUTHERN DISTRICT OF FLORIDA     1:15-CV-23873 kmm

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

PEGO INTERNATIONAL CORP. d/b/a PEGO LAMPS, REINALDO PEREZ & ZOILA PEREZ

FILED by /MMA/ D.C.

AUG 09 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| NINE THOUSAND FIVE HUNDRED TWENTY EIGHT | and  50/100 |

in the United States District Court for the  SOUTHERN  District of  FLORIDA ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

PEGO INTERNATIONAL CORP. d/b/a PEGO LAMPS, REINALDO PEREZ & ZOILA PEREZ
5407 S. W. 8 STREET, MIAMI, FLORIDA 33134

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT  SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| CITY | DATE |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT  Steven M. Larimore |
|---|---|
| AUG 09 2016 | (BY) DEPUTY CLERK  [signature] |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|