UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:15-CV-23873-KMM

RENZO BARBERI, )
    Plaintiff, )
)
vs. )
)
PEGO INTERNATIONAL CORP., a )
Florida Profit Corporation, d/b/a )
PEGO LAMPS, REINALDO PEREZ, and )
ZOILA PEREZ, )
    Defendants. )
_____)

## CORRECTED SATISFACTION OF JUDGMENT
## FOR ONLY MONETARY AWARD

    THIS SATISFACTION of final judgment for only the Monetary Award, executed this 16th day of August, 2016, by Max A. Goldfarb, Esq., Attorney for Plaintiff
    WITNESSETH: that the monetary award of the judgment recovered by said Plaintiff in the above entitled court against the above named Defendant, Pego International Corp. d/b/a Pego Lamps, on the 17th day of May, 2016, has been satisfied and the Clerk of the Court is hereby directed to record this instrument as evidence of the satisfaction of only the monetary award portion of said judgment.
    IN WITHNESS WHEREOF, I, Max A. Goldfarb, Esq., attorney for the Plaintiff, has hereunto set my hand and seal at Miami-Dade County, Florida, this day and year first above written.

By: _____
Max A. Goldfarb, Esq., Attorney for Plaintiff

STATE OF FLORIDA    )
COUNTY OF MIAMI-DADE    )
    Before me, the undersigned authority duly authorized to take acknowledgements and administer oaths, this day personally appeared, Max A. Goldfarb, who is personally known to me, and who being first duly sworn upon oath deposes and says: that he is the attorney for the Plaintiff, in the above styled case and as such is duly authorized to and did execute the above foregoing satisfaction for the use and purposes therein expressed.
    SWORN and SUBSCRIBED to before me this 16th day of August, 2016, in Miami-Dade County, Florida.

_____
Natalie Pierre
Notary Public, State of Florida



Natalie Pierre
Commission # FF945295
Expires: December 21, 2019
Bonded thru Aaron Notary