U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** RENZO BARBERI | **COURT CASE NUMBER** 1:15CV-23873 KMM |
| **DEFENDANT** PEGO INTERNATIONAL CORP. REINALDO PEREZ & ZOILA PEREZ | **TYPE OF PROCESS** WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PEGO INTERNATIONAL CORP. REINALDO PEREZ & ZOILA PEREZ
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5407 S. W. 8 STREET, MIAMI, FLORIDA 33134

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MAX A. GOLDFARB
ATTORNEY FOR PLAINTIFF
19 W. FLAGLER ST. SUITE 703
MIAMI, FL 33130

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | 750.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED by _____ D.C.
AUG 29 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 305-301-2538
DATE: 8/8/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 8/9/16 |
|---|---|---|---|---|---|

I hereby certify and return that ☐ have personally served, ☐ have legal evidence of ☒ service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 8-15-16   Time 10:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee $390.00 | Total Mileage Charges (including endeavors) $30.24 | Forwarding Fee | Total Charges 420.24 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 420.24 |
|---|---|---|---|---|---|

REMARKS: Conducted levy at above address - Judgment satisfied

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** 1. CLERK OF THE COURT  2. USMS RECORD  3. NOTICE OF SERVICE  4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.  5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |